UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN HOUSE <br><br> Plaintiff, <br><br> v. <br><br> DIRK KEMPTHORNE, ETAL <br><br> Defendant | Civil Action No.: 1:08-cv-477 RJL |

### PRO SE MOTION TO STAY PROCEEDINGS AND TO MERGE ACTIONS

I, Plaintiff Jonathan House, request that this Court Stay the proceedings. This motion will afford me the opportunity to secure and brief replacement counsel due to the unforseen death of my attorney Richard Semsker of Lippman, Semsker, and Salb, LLC. In addition, I am seeking to merge this action 1:08-cv-477, with docket No. OS-07-0402 which is still open and under investigation at the Department of the Interior.

**RECEIVED**
MAY - 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Date: 5/5/2008

Respectfully,

*Jonathan E. House*

Jonathan E. House

### Certificate of Service (COS)

I, Jonathan House, will mail a copy of this motion to stay to:

Dirk Kempthorne
1849 C Street, N.W.
Washington, DC 20240

Jeffrey A. Taylor
555 4th Street, N.W.
Washington, DC 20530

Michael B. Mukasey
950 Pennsylvania Ave, NW
Washington, DC 20530

On May 6, 2008, I will mail each of the above individuals the COS.

Jonathan House *Jonathan E. House*

With great sadness we report the recent death of our partner and friend, Richard H. Semsker, on October 15, 2007.

Richard battled cancer for the past year with the greatest dignity. During that time, he remained committed to his clients and to spending time with his beloved family. He leaves behind a loving wife and two wonderful daughters, whom Richard sent off to college this past fall.

Lippman, Semsker & Salb will continue Richard's commitment to personal attention, loyalty, and excellent lawyering. We will continue to serve our clients in a timely and professional manner.

**LIPPMAN, SEMSKER & SALB, LLC**

Employment Law | Wills, Trusts & Estates
Family Law | Civil Litigation

7700 Old Georgetown Road
Bethesda, Maryland
(301) 656-6905