UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN HOUSE <br> 12213 Castle Pines Drive <br> Beltsville, MD 20705 <br> <br> Plaintiff <br> v. <br> <br> DIRK KEMPTHORNE, Secretary, <br> U.S. Department of the Interior <br> 1849 C Street, NW <br> Washington, D.C.  20240 <br> <br> and <br> <br> MICHAEL B. MUKASEY <br> Attorney General of the United States <br> 950 Pennsylvania Avenue, N.W. <br> Washington, D.C.  20530 <br> <br> and <br> <br> JEFFREY TAYLOR <br> United States Attorney <br> 555 4th Street, N.W. <br> Washington, D.C.  20530 <br> <br> Defendants. | Civil Action No.: 08-0477 (RJL) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Harry B. Roback as counsel for Defendants in the above-captioned case.

Respectfully submitted,

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 616-5309

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2008, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Jonathan House**, via U.S. Postage addressed as follows:

**Jonathan House**
12213 Castle Pine Drive
Beltsville, Maryland 20705


/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 616-5309