UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JONATHAN HOUSE**
       **Plaintiff,**

  **v.**                                    Civil Action No.  08-0477 (RJL)

**SECRETARY OF THE INTERIOR**

       **Defendant.**

**ENTRY OF APPEARANCE**

The Clerk will enter the appearance of the undersigned as counsel for Plaintiff.

-----------/s/-------------------------------------
Joel P. Bennett, Bar No. 145227
Law Offices of Joel P. Bennett, P.C.
1208 Eton Court, NW
Washington, D.C. 20007-3239
202-625-1970
202-625-1973-facsimile
e-mail: jbennett@radix.net