UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JONATHAN HOUSE**

      **Plaintiff,**

v.

**SECRETARY OF THE INTERIOR**

      **Defendant.**

Civil Action no. 08-477-RJL

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), plaintiff, through counsel, respectfully requests eight additional days, to August 1, 2008, to respond to defendant's motion to dismiss. In support of this motion, plaintiff states the following:

1. Plaintiff's attorney has not requested any previous extensions of time.

2. The specific grounds for the motion are that plaintiff's attorney's father, who lived in Florida, died on July 19, 2008 and plaintiff's attorney has had to spend considerable time since then arranging for the funeral (scheduled for July 27, 2008), notifying relatives and friends, handling the estate and retaining an attorney in Florida. There will be no effect on other deadlines in this case if this motion is granted because there are no other deadlines at this time.

3. Plaintiff's attorney needs to meet with plaintiff in person to finalize the opposition and the exhibits thereto. Plaintiff's attorney has oppositions to dispositive motions due in several other cases this month.

4. Plaintiff's attorney contacted the attorney for Defendant and he does not object to this brief extension of time.

/s/

Joel P. Bennett

Law Offices of Joel P. Bennett, P.C.

1208 Eton Court, NW

Washington, DC 20007-3239

202-625-1970-voice

202-625-1973-fax

jbennett@radix.net

Attorney for Plaintiff

July 22, 2008